In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title, etc., to the Lands, etc., Required for the Opening

and Extending of Eastchester Road, from Williamsbridge Road to Laconia Avenue; Seymour Avenue from Eastchester Road to Hicks Street; and Sacket Avenue, from the Prolongation of the Easterly Line of Newport Avenue to Eastchester Road, in the Twenty-fourth Ward, Borough of The Bronx, City of New York. NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.